IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SARAH PLUMB**                                                                                                          **PLAINTIFF**

v.                                      Case No. 4:21-cv-00215 KGB

**ONYX CORPORATION and**
**MARSHA MARTIN**                                                                                          **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 8). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the joint stipulation of dismissal. The action is dismissed with prejudice.

It is so ordered this the 1st day of March, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge